No. 98–7084. KISSICK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7085. MAHIQUE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7086. EICKLEBERRY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7089. GULLION *v.* WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7091. DARDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7093. HESTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7096. GREEN *v.* FRENCH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7097. DAHLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7098. STYLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7100. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7102. BLANKENSHIP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7110. GILDEA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–7112. HINOJOSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7113. EWING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7114. DECKARD, AKA VALE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7117. ALTAMIRANO-LOPEZ, AKA OCHOA-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.